IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED MOHAMMED ABDULLAH AL HAKIMI<br>    Detainee, ISN 030,<br>    Guantanamo Bay Naval Station<br>    Guantanamo Bay, Cuba;<br><br>    *Petitioner/Plaintiff*,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States<br>    The White House<br>    1600 Pennsylvania Avenue, NW<br>    Washington, D.C. 20500;<br><br>ROBERT GATES,<br>    Secretary, United States<br>    Department of Defense<br>    1000 Defense Pentagon<br>    Washington, D.C. 20301-1000;<br><br>Navy Rear Adm. David M. Thomas Jr.,<br>    Commander, Joint Task Force - GTMO<br>    JTF-GTMO<br>    APO AE 09360; and<br><br>Army Col. Bruce Vargo ,<br>    Commander, Joint Detention<br>        Operations Group - JTF-GTMO,<br>    JTF-GTMO<br>    APO AE 09360;<br><br>*Respondents/Defendants*. | Civil Case No. _____ |

## MOTION FOR ENTRY OF CONSENT PROTECTIVE ORDER

Petitioners bring before the court a motion to enter the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, (344 F. Supp. 2d 174 (D.D.C. 2004)); the Order

1

Addressing Designation Procedures for Protected Information first issued on November 10, 2004; and the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, in the In re Guantanamo Bay Detainee Cases by then Coordinating Judge Joyce Hens Green. Entry of the Protective Order would permit counsel the opportunities accorded counsel in certain other pending Guantanamo Bay detainee cases in which the Protective Order has been entered to visit petitioner, upon compliance with the Protective Order, and send mail to petitioner by way of the legal mail procedures outlined in the Protective Order.

Pursuant to Local Civil Rule 7(m), counsel for petitioners conferred with respondents' counsel regarding the relief sought in this motion. Respondents' counsel does not oppose the motion.

A proposed Consent Protective Order is attached as *Exhibit A*. Counsel for the parties represent, however, that their lack of objection to entry of this proposed Consent Protective Order now is without prejudice to the parties' respective rights to challenge or seek modification of any particular terms of the Consent Protective Order in the future, or to ask this Court to review any designation made by respondents of particular information as "protected," or to seek a stay of proceedings in this case, as may be appropriate.

///

///

///

Dated:    June 25, 2008                Respectfully submitted,

                                       Counsel for Petitioners

                                       _____
                                       Clive A. Stafford Smith (Louisiana Bar No. 14444)
                                       Zachary Katznelson (California Bar No. 209489)
                                       Cori Crider (Member New York Bar)
                                       Reprieve
                                       PO Box 52742
                                       London EC4P 4WS
                                       United Kingdom
                                       011 44 207 353 4640 (ph)
                                       011 44 207 353 4641 (fax)
                                       clivess@mac.com
                                       zachary@reprieve.org.uk
                                       cori@reprieve.org.uk

                                       _____
                                       David S. Marshall (Washington Bar No. 11716)
                                       1001 Fourth Avenue, 44th Floor
                                       Seattle, WA 98154-1192
                                       Telephone: (206) 826-1400
                                       Facsimile: (206) 389-1708
                                       dmarshall@DavidSMarshall.com

## CERTIFICATE OF SERVICE

I, Tracey McDonald, Legal Assistant, hereby certify that a true and correct copy of the foregoing instrument has been served upon the following persons in the manner indicated below:

George W. Bush (certified mail, return receipt requested)
President of the United States
The White House
1600 Pennsylvania Ave., N.W.
Washington, D.C. 20500

Robert M. Gates (certified mail, return receipt requested)
Secretary, United States
Department of Defense
1000 Defense Pentagon
Washington, D.C. 20301-1000

Navy Rear Adm. David M. Thomas Jr. (certified mail, return receipt requested)
Commander, Joint Task Force - GTMO
JTF-GTMO
APO AE 09360

Army Col. Bruce Vargo (certified mail, return receipt requested)
Commander, Joint Detention Operations Group - JTF-GTMO,
JTF-GTMO
APO AE 09360

Terry Henry (e-mail: terry.henry@usdoj.gov)
Senior Trial Attorney
Federal Programs Branch
Civil Division – Room 7144
Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530

Andrew Warden (e-mail: andrew.warden@usdoj.gov)
Trial Attorney
Federal Programs Branch
Civil Division – Room 7144
Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530

///

///

Dated: June 25, 2008            _____
                                Tracey McDonald, Legal Assistant

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AHMED MOHAMMED ABDULLAH )
AL HAKIMI )
    Detainee, ISN 030, )
    Guantanamo Bay Naval Station )
    Guantanamo Bay, Cuba; )
    )
    *Petitioner/Plaintiff*, )
    )
v. )
    )
GEORGE W. BUSH, )
    President of the United States )
    The White House )
    1600 Pennsylvania Avenue, NW )    Civil Case No. _____
    Washington, D.C. 20500; )
    )
ROBERT GATES, )
    Secretary, United States )
    Department of Defense )
    1000 Defense Pentagon )
    Washington, D.C. 20301-1000; )
    )
Navy Rear Adm. David M. Thomas Jr., )
    Commander, Joint Task Force - GTMO )
    JTF-GTMO )
    APO AE 09360; and )
    )
Army Col. Bruce Vargo, )
    Commander, Joint Detention )
        Operations Group - JTF-GTMO, )
    JTF-GTMO )
    APO AE 09360; )
    )
    *Respondents/Defendants*. )
    )

## [PROPOSED] CONSENT PROTECTIVE ORDER

Upon consideration of the Motion for Entry of Consent Protective Order, it is hereby

ORDERED that the Amended Protective Order and Procedures for Counsel Access to

Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November

1

8, 2004, (344 F. Supp. 2d 174 (D.D.C. 2004)); the Order Addressing Designation Procedures for Protected Information first issued on November 10, 2004; and the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, in the *In re Guantanamo Bay Detainee Cases* by then Coordinating Judge Joyce Hens Green are hereby entered in this case; and further,

ORDERED that Respondents provide Petitioner prompt access to counsel, upon counsel's compliance with the Protective Order.

Dated: _____    _____

United States District Judge

2