IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AHMED MOHAMMED ABDULLAH
AL HAKIMI )
    Detainee, ISN 030, )
    Guantanamo Bay Naval Station )
    Guantanamo Bay, Cuba; )
     )
    *Petitioner/Plaintiff*, )
     )
v. )
     )
GEORGE W. BUSH, )
    President of the United States )
    The White House )
    1600 Pennsylvania Avenue, NW )    Civil Case No. 08-1111
    Washington, D.C. 20500; )
     )
ROBERT GATES, )
    Secretary, United States )
    Department of Defense )
    1000 Defense Pentagon )
    Washington, D.C. 20301-1000; )
     )
Navy Rear Adm. David M. Thomas Jr., )
    Commander, Joint Task Force - GTMO )
    JTF-GTMO )
    APO AE 09360; and )
     )
Army Col. Bruce Vargo , )
    Commander, Joint Detention )
        Operations Group - JTF-GTMO, )
    JTF-GTMO )
    APO AE 09360; )
     )
*Respondents/Defendants.* )
     )

## [PROPOSED] CONSENT PROTECTIVE ORDER

Upon consideration of the Motion for Entry of Consent Protective Order, it is hereby

ORDERED that the Amended Protective Order and Procedures for Counsel Access to

Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November

8, 2004, (344 F. Supp. 2d 174 (D.D.C. 2004)); the Order Addressing Designation Procedures for Protected Information first issued on November 10, 2004; and the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, in the *In re Guantanamo Bay Detainee Cases* by then Coordinating Judge Joyce Hens Green are hereby entered in this case; and further,

ORDERED that Respondents provide Petitioner prompt access to counsel, upon counsel's compliance with the Protective Order.

Dated: 6/30/08

_____
United States District Judge