**CLEARED BY CSO FOR PUBLIC FILING**

# ACKNOWLEDGMENT

The undersigned hereby acknowledges that he has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Al Hakimi v. Bush et al*, No. 08-cv-01111-EGS, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him other than as provided by the Protective Order. The undersigned acknowledges that his duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

D.D.C., 2004
*In re Guantanamo Detainee Cases*
344 F.Supp.2d 174

_____
Zachary Katznelson
California Bar No. 209489
Reprieve
PO Box 52742
London EC4P 4WS
United Kingdom
011 44 207 353 4640
011 44 207 353 4641 (fax)
zachary@reprieve.org.uk

**CLEARED BY CSO FOR PUBLIC FILING**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re: Ahmed Al Hakimi

MEMORANDUM OF UNDERSTANDING AND ACKNOWLEDGMENT
REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958;

I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government.

In consideration for the disclosure of classified information and documents: (1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case. (2) I agree that this Memorandum of Understanding and any other nondisclosure agreement signed by me will remain forever binding on me. (3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned In Re Guantanamo Bay Cases, and I agree to comply with the provisions thereof.

Date: July 1, 2008
Name: Zachary Katznelson

Signed: _____

**CLEARED BY CSO FOR PUBLIC FILING**

## NOTIFICATION OF REPRESENTATION

Undersigned counsel hereby gives notice that he represents Ahmed Al Hakimi in this litigation.

Counsel is a member in good standing of the Bar of the State of California. The evidence of counsel's authority to represent the client(s) in this litigation is found in the authorizations executed by the client(s).

DATED: July 1, 2008

BY: Zachary Katznelson
California Bar Number 209489
Reprieve
PO Box 52742
London EC4P 4WS
United Kingdom
011 44 207 353 4640
011 44 207 353 4641 (fax)
zachary@reprieve.org.uk

Signed: _____

CLEARED BY CSO FOR PUBLIC FILING



Reprieve
PO Box 52742
London
EC4P 4WS

Tel:  020 7353 4640
Fax:  020 7353 4641
Email: info@reprieve.org.uk
Website: www.reprieve.org.uk

July 1, 2008

Andrew Warden
Civil Division
US Department of Justice
Washington, DC

*Re: Signed Representation Concerning Sources of Funding*

Dear Mr. Warden:

I represent Ahmed Al Hakimi *pro bono*.  I will not receive any compensation for my work on this case.  Therefore, no money supporting my work on this case is being funded directly or indirectly by persons or entities connected to terrorism or the product of terrorist activities including "Specially Designated Global Terrorists."

Thank you.

Sincerely,

Zachary Katznelson
Legal Director