CLEARED FOR PUBLIC FILING BY CSO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED MOHAMMED ABDULLAH AL HAKIMI, ) | |
| ) | |
| *Petitioner/Plaintiff*, ) | Civ. No. 08-1111 (EGS) |
| ) | |
| v. ) | |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| *Respondents/Defendants*. ) | |

## MOTION TO PRACTICE AND NOTICE OF ENTRY OF APPEARANCE

Undersigned counsel respectfully files this Motion to Practice and Notice of Entry of Appearance on behalf of Ahmed Mohammed Abdullah Al Hakimi, pursuant to Local Civil Rule 83.2(g) and Local Civil Rule 83.6(a).  Counsel is a member in good standing of the Bar of the District Court for the Northern District of California and the California Supreme Court.  Counsel's California Bar Number is 209489.  Counsel hereby certifies that Petitioner in this case is indigent and counsel is providing representation without compensation.

Dated:    July 1, 2008

_____
Zachary Katznelson
California Bar Number 209489
22 Tudor Street
London EC4Y 0AY England
011 44 207 353 4640
zachary@reprieve.org.uk