IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AHMED MOHAMMAD ABDULLAH AL-HAKIMI | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 08-CV-1111 (EGS) |
| GEORGE W. BUSH President of the United States, *et al.* | ) ) ) ) | |
| Respondents. | ) ) ) | |

## RESPONDENTS' STATUS REPORT IN RESPONSE TO COURT'S JULY 10, 2008 ORDER

Pursuant to the Court's July 10, 2008 order (dkt. no. 6), respondents hereby submit the following status report:

On June 26, 2006, petitioner Ahmed Mohammad Abdullah Al-Hakimi (ISN 30) filed the above-captioned habeas corpus petition. *See* dkt. no. 1. The petition filed on behalf of petitioner Al-Hakimi in this case is a duplicate of an earlier-filed habeas petition in another case. Petitioner Al-Hakimi has previously filed a habeas petition in *Mohammon v. Bush*, 05-CV-2386 (RBW), where petitioner is identified as petitioner Ahmed Omar. *See* Petition For Writ of Habeas Corpus ¶ 318 (dkt. no. 1). The same detainee should not be permitted to maintain two separate habeas petitions raising the same issues; accordingly, the petition in this case should be dismissed in favor of the previously-filed petition in *Mohammon*.

| | |
|---|---|
| Dated: July 14, 2008 | Respectfully submitted,<br><br>GREGORY G. KATSAS<br>Assistant Attorney General<br><br>DOUGLAS N. LETTER<br>Terrorism Litigation Counsel<br><br>  /s/ Andrew I. Warden                              <br>JOSEPH H. HUNT (D.C. Bar No. 431134)<br>VINCENT M. GARVEY (D.C. Bar No. 127191)<br>JUDRY L. SUBAR<br>TERRY M. HENRY<br>ANDREW I. WARDEN (IN Bar No. 23840-49)<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W.<br>Washington, DC  20530<br>Tel:  (202) 616-5084<br>Fax:  (202) 616-8470<br><br>Attorneys for Respondents |