**CLEARED BY CSO FOR PUBLIC FILING**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NADIR OMAR ABDULLAH BIN SA'ADOUN ALSA'ARY, a/k/a AHMED MOHAMMED ABDULLAH AL HAKIMI, ISN 030,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents | Civil Action No. 08-cv-1111(EGS) |

## MOTION TO AMEND CAPTION TO SHOW PETITIONER'S TRUE NAME (UNOPPOSED)

Petitioner moves to amend the caption to show his true name, Nadir Omar Abdullah bin Sa'adoun Alsa'ary, in the caption and for all other purposes in this case.

Upon meeting with petitioner, counsel learned that Nadir Omar Abdullah bin Sa'adoun Alsa'ary is his true name and that Ahmed Mohammed Abdullah Al Hakimi is not.

Undersigned counsel has conferred with counsel for the respondent, Judry Subar. He does not oppose granting this motion.

///

///

///

**CLEARED BY CSO FOR PUBLIC FILING**

Dated: July 24, 2008                Respectfully submitted,

Counsel for Petitioner:

_____
DAVID S. MARSHALL (Washington State Bar #11716)
1001 Fourth Avenue, 44th Floor
Seattle, WA 98154-1192
Telephone: (206) 826-1400
Facsimile: (206) 389-1708
dmarshall@DavidSMarshall.com

_____
for Clive A. Stafford Smith (Louisiana Bar No. 14444)
Zachary Katznelson (California Bar No. 209489)
Cori Crider (Member New York Bar)
Reprieve
PO Box 52742
London EC4P 4WS
United Kingdom
011 44 207 353 4640 (ph)
011 44 207 353 4641 (fax)
clivess@mac.com
zachary@reprieve.org.uk
cori@reprieve.org.uk

**CLEARED BY CSO FOR PUBLIC FILING**

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy to be served upon counsel for Respondents by filing this document directly on ECF, pursuant to approval by the Court Security Office.

Dated: July 24, 2008

_____
David S. Marshall

CLEARED BY CSO FOR PUBLIC FILING

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NADIR OMAR ABDULLAH BIN SA'ADOUN ALSA'ARY, a/k/a AHMED MOHAMMED ABDULLAH AL HAKIMI, ISN 030,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents | Civil Action No. 08-cv-1111(EGS) |

## ORDER AMENDING CAPTION TO SHOW PETITIONER'S TRUE NAME

The Petitioner has moved the court to amend the caption to show his true name and to have his true name used for all other purposes in this case. The government does not oppose the motion.

Accordingly, the court orders the caption amended to read as shown in the caption of this order henceforth and for the petitioner otherwise to be identified as Nadir Omar Abdullah bin Sa'adoun Alsa'ary in this case.

///

///

///

**CLEARED BY CSO FOR PUBLIC FILING**

SIGNED this _____ day of _____, 2008.

_____
EMMET G. SULLIVAN
U.S. District Court Judge

Presented by:

_____
DAVID S. MARSHALL (Washington State Bar #11716)
1001 Fourth Avenue, 44th Floor
Seattle, WA 98154-1192
Telephone: (206) 826-1400
Facsimile: (206) 389-1708
dmarshall@DavidSMarshall.com

**CLEARED BY CSO FOR PUBLIC FILING**

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy to be served upon counsel for Respondents by filing this document directly on ECF, pursuant to approval by the Court Security Office.

Dated: July 24, 2008

David S. Marshall