IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AHMED MOHAMMAD ABDULLAH AL-HAKIMI, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 08-CV-1111 (EGS) |
| GEORGE W. BUSH President of the United States, *et al.* | ) ) ) ) | |
| Respondents. | ) ) | |

**NOTICE OF APPEARANCE**

Please take notice of the appearance of the following counsel on behalf of respondents:

        ANDREW I. WARDEN
        U.S. Department of Justice
        Civil Division
        Federal Programs Branch
        Room 7332
        20 Massachusetts Ave., N.W.
        Washington, D.C. 20530
        Tel: 202-616-5084
        Fax: 202-616-8470
        E-mail: andrew.warden@usdoj.gov

Dated: July 28, 2008        Respectfully Submitted,

                                    GREGORY G. KATSAS
                                    Assistant Attorney General

                                    JOHN C. O'QUINN
                                    Deputy Assistant Attorney General

/s/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN (IN Bar. No. 23840-49)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 616-5084
Fax:  (202) 616-8470

Attorneys for Respondents