APPROVED BY CSO FOR PUBLIC FILING

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NADIR OMAR ABDULLAH BIN SA'ADOUN ALSA'ARY, <br><br> Petitioner, <br><br> v. <br><br> GEORGE W. BUSH, et al., <br><br> Respondents | Civil Action No. 08-cv-1111(EGS) |

**PETITIONER'S REPORT IN RESPONSE TO ORDER OF JULY 24, 2008**

Petitioner Nadir Omar Abdullah bin Sa'adoun Alsa'ary hereby answers the four questions posed in the Court's July 24, 2008 order:

1) No, this case is not now ready for a merits resolution.

2) The main impediment to a merits resolution is that the government has filed no return. Hence it is not possible for the Court to know the points at issue between the parties and not possible for Mr. Alsa'ary to know what investigation, including formal discovery, he must seek.

3) To remove that impediment, the government must file its return.

4) In Petitioner's Status Report to the Court, filed July 14, 2008, counsel for Mr. Alsa'ary proposed a schedule that would move the case briskly toward a merits resolution. Counsel continues to recommend that schedule to the court and adds only this: the government should be required to disclose to counsel for Mr.

**APPROVED BY CSO FOR PUBLIC FILING**

Alsa'ary, at the same time it files its return, full information about the circumstances attending all interrogations of every person, including Mr. Alsa'ary, who provided statements suggesting that Mr. Alsa'ary was an enemy combatant. Those circumstances could be critical to the court's decisions on the admissibility and the weight of any such statements. Disclosing this information at the same time as the return may well obviate the need for discovery.

Dated:  July 28, 2008            Respectfully submitted,

____/s_____
DAVID S. MARSHALL (Washington State Bar #11716)
1001 Fourth Avenue, 44th Floor
Seattle, WA  98154-1192
Telephone:  (206) 826-1400
Facsimile:  (206) 389-1708
dmarshall@DavidSMarshall.com

Clive A. Stafford Smith (Louisiana Bar No. 14444)
Zachary Katznelson (California Bar No. 209489)
Cori Crider (Member New York Bar)
Reprieve
PO Box 52742
London EC4P 4WS
United Kingdom
011 44 207 353 4640 (ph)
011 44 207 353 4641 (fax)
clivess@mac.com
zachary@reprieve.org.uk
cori@reprieve.org.uk

*Counsel for Petitioner*

**APPROVED BY CSO FOR PUBLIC FILING**

## CERTIFICATE OF SERVICE

      I hereby certify that I have caused a copy to be served upon counsel for Respondents by filing this document directly on ECF, pursuant to approval by the Court Security Office.

Dated: July 28, 2008            ____/s_____
                                                       Cori Crider