UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____   )
ABDULLAH BIN SA'ADOUN                 )
ALSA'ARY,                             )
                                      )
            Petitioner,               )
                                      )
                                      )   Civ. No. 08-1111 (EGS)
      v.                              )
                                      )
GEORGE W. BUSH, *et al.*,             )
                                      )
            Respondents.              )
_____   )

## ORDER

Pursuant to the status hearing held July 29, 2008 and upon review of the status reports submitted in accordance with the Court's Orders on July 7, 2008 and July 24, 2008, and the entire record herein, it appears that Petitioner has an earlier filed case, *Mohammon v. Bush*, 05-CV-2386 (RBW). Therefore, in accordance with LcvR 40.5, the Court hereby dismisses the above-captioned case without prejudice.

**SO ORDERED.**


**SIGNED:   Emmet G. Sullivan
            United States District Judge
            July 31, 2008**